# Court of Appeals
# of the State of Georgia

ATLANTA,  January 17, 2024

*The Court of Appeals hereby passes the following order:*

## A24A0781. JIM STEPHENS v. PORTIA MCELROY.

The magistrate court entered a judgment in favor of Portia McElroy and against Jim Stephens d/b/a Jim's Paint and Body Shop ("Stephens"). Stephens appealed to state court. The state court entered a judgment for McElroy, and Stephens filed this direct appeal. We, however, lack jurisdiction.

An appeal from a state court order disposing of a de novo appeal from a magistrate court decision must be initiated by filing an application for discretionary appeal. OCGA § 5-6-35 (a) (11); *Strachan v. Meritor Mtg. Corp. East*, 216 Ga. App. 82, 82 (453 SE2d 119) (1995). "Compliance with the discretionary appeals procedure is jurisdictional." *Hair Restoration Specialists v. State of Ga.*, 360 Ga. App. 901, 903 (862 SE2d 564) (2021) (punctuation omitted). Stephens's failure to follow the proper procedure deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,  01/17/2024*

   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

Stephen E. Castlen                       , *Clerk.*